IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| PUBLIUS VALERIUS PUBLICOLA, LLC, | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

## CERTIFICATE

I hereby certify that the Debtor does not have a current P&L, Balance Sheet, and Tax Return.  The LLC is a disregarded entity.

Signed this ___3___ day of ____July____, 2021.

_____
Robert Howard, Ph.D., Managing Member